# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Tex
FILED

**APR 1 0 2000**

······ N. MILBY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-118 |
| | § | (Claim No. C99-14652) |
| | § | |
| ANNETTE M. BOVA, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The Honorable Judge Hayden W. Head, Jr.:

United States of America ("USA") files this Motion to Dismiss Without Prejudice.

USA prays that this action be dismissed as to Annette M. Bova without prejudice.

Respectfully submitted,

By:

M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

C:\My Documents\doj\dismissals\A-Bova
Page 1

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-118 |
| | § | (Claim No. C99-14652) |
| | § | |
| ANNETTE M. BOVA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED _____ , 2000, at Corpus Christi, Texas.

_____

Hayden W. Head, Jr.
United States District Judge