# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 10 2000

MICHAEL N. MILBY CLERK

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | C.A. NO. C-00-118 |
| | § | |
| ANNETTE M. BOVA | § | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this civil matter hereby waive their right to proceed before a district judge of the Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including final decision and entry of judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit, in accordance with 28 U.S.C. § 636(c)(3).

SIGNED BY PLAINTIFF:                     SIGNED BY DEFENDANT:

_____                 _____

_____                 _____

United States of America

## ORDER OF REASSIGNMENT

Upon the consent of the parties, it is hereby ordered that the Clerk of the Court assign the above-captioned matter to the Honorable B. Janice Ellington, United States Magistrate Judge, to conduct all further proceedings and the entry of final judgment in accordance with 28 U.S.C. § 636(c).

ORDERED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

(Rev. 9/98)