IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-118 |
| | § | (Claim No C99-14652) |
| ANNETTE M. BOVA, | § § | |
| Defendant. | § § | |

United States District Court
Southern District of Texas
FILED

APR 1 0 2000

MICHAEL N. MILBY CLERK

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED __4/18__, 2000, at Corpus Christi, Texas.

_____
Hayden W. Head, Jr.
United States District Judge